**CLERK'S OFFICE**
A TRUE COPY
Nov 17, 2023
s/ D. Olszewski
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Wisconsin

| | | | |
|---|---|---|---|
| In the Matter of the Search of | ) | | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. | 23 MJ 208 |
| Records and information associated with the Facebook User ID ("Target Account 1") and Instagram Accounts ("Target Account 2" and "Target Account 3"), as further described in Attachment A | ) ) ) ) | | |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____ District of _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951 & 924(c) | Hobbs Act robbery, and brandishing a firearm during a crime of violence. |

The application is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Sean Sweeney, FBI SA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____telephone_____ *(specify reliable electronic means)*.

Date: 11/17/2023

_____
*Judge's signature*

City and state: Milwaukee, WI

Honorable William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEACH WARRANT

I, Sean Sweeney, being first duly sworn on oath, on information and belief state:

## INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant for records and information associated with Facebook User ID 100090435536628 ("Target Account 1"), and Instagram usernames "mr.ididntdoit" ("Target Account 2"), and "brokehadtomakeaplay__" ("Target Account 3"),collectively referred to as "The Accounts", that are in the possession, custody, and/or control of Meta Platforms, Inc. ("Meta"), a social media service provider headquartered at 1601 Willow Road, Menlo Park, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under Title 18 U.S.C. §2703(c)(1)(A) to require Meta to disclose to the government copies of the information further described in Attachment B.

2.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since January of 2016. Since July of 2023, I have been assigned to the FBI's Milwaukee Area Violent Crimes Task Force, a multi-jurisdictional law enforcement entity charged with investigating violations of federal law, including bank robberies, commercial robberies, armed motor vehicle robberies, and other violent crime matters, defined under Title 18 of the United States Code. I have been trained in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause. I have participated in criminal investigations, surveillance, search warrants, interviews, and debriefs of arrested subjects. As a result of this training and investigative experience, I have learned how and why violent actors typically conduct various aspects of their criminal activities.

3.      This affidavit is based on my training, experience, personal knowledge, and observations in this investigation; upon my discussions with other law enforcement officers and agents involved in this investigation; and, upon my review of official reports submitted in relation to this investigation.

4.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5.      Based on the facts set forth in this affidavit, there is probable cause to believe that violations of Title 18 U.S.C. § 1951(a), Hobbs Act Robbery, and Title 18 U.S.C. § 924(c), Brandishing of a Firearm during a Crime of Violence, have been committed by multiple unknown individuals.  There is also probable cause to search the information described in Attachment A for evidence of these crimes as further described in Attachment B.

## PROBABLE CAUSE

6.      On July 7, 2023, at **10:09 pm**, Milwaukee Police Department (MPD) officers responded to a shooting at 3166 N. 16th Street, Milwaukee, Wisconsin. At approximately 11:10 pm, MPD Detectives responded to Children's Hospital to speak with the shooting victim, hereinafter, M.S., who suffered from a gunshot wound to the right forearm as well as a graze wound to his right side. Upon arrival, M.S. stated to police that he was at the address of **3162 N. 16th Street (Location #1)**, which was associated to "friends and family." M.S. stated that he was hanging out in a bedroom of the home with several others including his sister and his girlfriend. M.S. stated that his sister is approximately 21 years old. M.S. stated that shortly before being shot, he heard what he thought were fireworks outside, however, he soon realized that they were gunshots once the window of the bedroom shattered and bullets began entering the room. M.S.

stated that everyone that was in the room ran towards the basement for safety. While in the basement, M.S. stated that his right side began to hurt and someone told him that he was bleeding from his arm. M.S. stated that it was then that he realized he had been shot. M.S. stated that shortly thereafter, police responded to the shots fired so he told them that he had been shot. Officers recovered four 9mm spent casings in the area of the shooting.

7.      On August 4, 2023, at approximately 8:12 pm, the MPD responded to **2443 N. Murray Ave, Milwaukee, WI 53211** (**Location #2**), for a theft of a vehicle complaint. The victim, hereinafter, K.S., stated that she is an Amazon delivery driver. K.S. stated that she arrived at 2443 N. Murray Street, at approximately **7:20 pm**, in her a 2020 Ford Explorer, white in color, bearing Wisconsin registration plates ANM3082, exited the vehicle and walked up to the apartment complex with her vehicle still running with the keys in the ignition. K.S stated that as she dropped the package off and began walking back to her vehicle, she noticed her vehicle driving off southbound on N. Murray Street. K.S. stated that she observed a white colored sedan following her vehicle but did not see who had taken her car.

8.      A witness also observed a white sedan with a black female driver parked near the Ford Explorer before the vehicle theft. Due to the vehicle having a GPS tracking device, the vehicle was located and recovered shortly after the theft at a gas station located at **3115 W Fond du Lac Ave, Milwaukee, Wisconsin** (**Location #3**). Multiple items not belonging to the victim were recovered from inside the Ford Explorer; those items included two cell phones, two empty soda bottles, a phone charger, and a screwdriver. Surveillance video from the gas station shows a white Ford Explorer parked at the gas station at **8:08pm**. The driver was a black male, 17-21 years old, medium build, 5'10", wearing a light brown hoodie, red Adidas jogging pants, and slides. Passenger #1 was a black, male, approximately 17-21-year-old, thin build 5'10", wearing a black

hoodie, black pants, and black Adidas slides. Passenger #2 was a black male, approximately 17-21 years old, thin build 5'10", wearing a black tank top, black pants, and brown slides. Passenger #3 was a black male, approximately 17-21 years old, thin build, black hoodie, light wash blue jeans, and black Jordan 12's. The driver of the vehicle was seen with a black handgun with an extended magazine concealed in the pocket of his hoodie. At **8:22 pm**, the driver and rear passenger are observed returning to the gas station store and the rear passenger is observed retrieving an item from the vehicle. Fingerprints recovered from inside the vehicle were a match for the following individuals: DAQUAN O. HENDERSON, dob: XX/XX/2005, and ELLIAUNTE WILLIAMS, dob: XX/XX/2004. Upon review of the surveillance video, the MPD was able to identify the driver of the stolen Ford Explorer as WILLIAMS, and the rear driver's side passenger as HENDERSON.

9.     On August 5, 2023, at approximately 10:20 pm, the MPD responded to an armed robbery/carjacking at 1534 N. Farwell Avenue, Milwaukee, Wisconsin. The victim, hereinafter A. M., and two others, J.B. and K.B., were sleeping in the back of his 2018 Hyundai Accent, blue in color, bearing temporary Wisconsin registration plate V59945U and VIN 3KPC24A36JE030765, parked in a parking lot located at **1534 N. Farwell Avenue (Location #4)**, when they were awoken by an unknown suspect tapping on the passenger window with a semi-automatic handgun with a laser beam attached underneath the barrel.    MPD reports indicate that this occurred at approximately **9:15 PM**.  The victim stated that the suspect yelled, "Get the fuck out!" The suspect opened the rear passenger side door and yelled again for everyone to wake up. The subject was described as a black male subject, approximately 25-35 years old, 6'1"-6'2", approximately 140-160 pounds, skinny build, wearing a black balaclava mask, dark hooded sweatshirt, and dark color jeans. A.M. stated that they all exited the vehicle at the demand of the armed suspect and observed

the suspect enter the driver's seat of his vehicle. A.M. stated that after exiting, he observed a black unknown make/model SUV parked in front of his vehicle, blocking his vehicle IN, driven by a black male with a dark skin complexion and dread locks. A.M. then observed the black SUV drive out of the parking lot with his vehicle following directly behind it.

10.     Due to A.M.'s cell phone being left inside the vehicle, A.M. was able to track his vehicle and on August 5, 2023, at approximately 10:09 pm, MPD officers located the 2018 blue Hyundai Accent parked in the driveway of 7232 W. Fairmount Avenue. Contact with the homeowner was made, however, the homeowner had no idea why the vehicle was parked in her driveway. Fingerprints recovered from the vehicle were a match for the following individuals: ADRIAN C. MILLER, dob XX/XX/1982 and HENDERSON.

11.     On August 5, 2023, at approximately 10:10 pm, the MPD responded to a vehicle theft at **2XXX E. Linnwood Avenue, Milwaukee, Wisconsin** (**Location #5**). Upon arrival, officers spoke to the victim, hereinafter, S.D. S.D. stated that he got home around **9:45-10:00 pm** and walked to his vehicle, a White, 2013 Ford Fiesta, WI Plate#: ASL7139, VIN#: 3FADP4TJ1DM215324, to place some packages into his vehicle which was parked on the opposite side of the street, just west of the residence. S.D. stated that as he was crossing the street, he observed two subjects walking westbound on the opposite side of the street. S.D. stated that he opened his vehicle door and was placing the packages inside his car, when Subject 1, described as a black male, 20-25 years old, approximately 5'10"-6'0", with a thin build, dark complexion, fuzzy, full-face black ski mask, black sweatshirt, dark clothing, and armed with a black handgun, stated "what's up buddy?" S.D. stated that he stated back "what's up" and continued to manually lock his car door from the driver's side. S.D stated that when he turned around, the two subjects were standing behind him. S.D. stated that Subject 1 stated "Give me your keys." S.D. stated that he did

not want to get hurt so he complied with the subject's demand. S.D. stated that the second subject, which he described as a black, male, approximately 20-25 years old, approximately 5'10"-6'0", with a thin build, a dark complexion, wearing a shiny black, full-face ski mask, black sweatshirt, dark clothing, armed with a black handgun, stated "don't make me blow this and have to shoot you". S.D stated that he put his hands in the air and began to walk away from the subjects. S.D stated that Subject 1 got into the driver's seat and Subject 2 entered the passenger seat of his vehicle, and they fled eastbound.

12.     On August 6, 2023, at 12:21 am, JAHZIR COLLINS, dob: XX/XX/2007, was taken into custody driving the vehicle with severe accident damage. COLLINS stated that he got the vehicle from an individual named "Damion" and did not know that the vehicle had been stolen. The vehicle was processed for latent fingerprints and came back as a match to COLLINS.

13.     On August 7, 2023, at approximately 2:29 pm, MPD officers responded to 4200 N. Sherman Blvd, Milwaukee, Wisconsin, for a shooting complaint. Officers located the victim, hereinafter, G.B., with a gunshot wound to his left shoulder. G.B. was conveyed to Froedtert Hospital for his injuries. Following treatment, G.B spoke to officers regarding the incident. G.B stated that on August 7, 2023, at approximately **2:25 pm**, he was walking near his residence to the Citgo Gas Station that is on Sherman Blvd and W. Capital Drive. G.B. stated that as he was walking on the sidewalk (near **4302 W. Marion Street – Location #6**), he was approached by four unknown subjects. G.B. described the subjects as black males, all approximately 18-22 years old. G.B. stated that Subject 1 was wearing all black clothing and armed with a handgun. BROWN stated that the subjects walked up to him and one of the subjects stated "Give it all up" while pulling a handgun out of his backpack. G.B. stated that he immediately started running towards "the projects" and he heard multiple gun shots. When he looked back, he observed the subjects

shooting at him. G.B. stated that he was struck on the shoulder but was able to run back to his building where someone called an ambulance. G.B. stated that while he was running, he lost his red Android cell phone and his Reebok gray/white tennis shoe.

14.     A witness to the incident, D.C., stated that victim, G.B., was observed firing a single gunshot in the direction of the four subjects and then the four subjects fired back at the victim in return. Another witness, J.S., also confirmed the D.C.'s statement.

15.     On scene, officers recovered (1) .22 cal casing and (12) 9mm casings. The cell phone of the victim and one white tennis shoe were also recovered.

16.     On August 9, 2023, at approximately 8:02 pm, MPD officers responded to a theft of auto complaint at the Double Dutch Hotel, located at **817 N. Marshall Street, Milwaukee, Wisconsin (Location #7)**. There, officers located the victim, hereinafter E.R., who stated that she parked her blue 2018 Hyundai Elantra, bearing IL plate BZ57241, in the lot directly south of the hotel at 4:20 pm. E.R. stated that when she returned to her vehicle at approximately 8:00 pm, she discovered that her vehicle was no longer there and there was broken glass at the scene.

17.     A review of hotel surveillance footage revealed the vehicle was taken at approximately **5:54 PM** on August 9, 2023.

18.     The vehicle was recovered on August 13, 2023, by the Wauwatosa Police Department in the area of 5227 W. Meinecke Avenue, Milwaukee, while they were in the area looking for a suspected OWI driver that had left the City of Wauwatosa, heading towards Milwaukee. The vehicle was observed with the driver's side window smashed, damage to the steering column in the interior of the vehicle and minor body damage to the exterior of the vehicle on the passenger side, The MPD then towed to vehicle for processing.

19.     On August 10, 2023, at approximately **3:30 pm**, MPD Officers responded to a shooting complaint at **5303 W. Center Street, Milwaukee, Wisconsin (Location #8)**. The victim, identified as K.H., suffered 14 gunshot wounds to the entirety of his body and was pronounced deceased on scene. Several surveillance videos were recovered from the area which depicted the fatal shooting. Specifically, the video footage from Super Options, located at 5331 W. Center Street, captured the incident in high-definition color. A review of that video footage was conducted and the suspect vehicle was observed to be a blue Hyundai Elantra, bearing IL plate BZ57241 (associated to the stolen vehicle that occurred on August 9, 2023 listed above, at **Location #7**). The suspect vehicle was observed pulling behind a FedEx truck and appeared to stop in the middle of N. 54th Street, just north of W. Center Street. The suspect, seated in the front passenger seat, is observed to be a black, male, with a thin build, wearing a "poo shiesty" mask, a tan zip up "Amos" hooded sweatshirt, black shirt, black pants with a gray stripe, and orange "Yeezy" shoes, armed with a handgun in his right hand, a tattoo on his right forearm, and is seen exiting the vehicle. The passenger leaves the door open and the driver slowly drives forward. The front passenger is then observed walking back to the front passenger seat and re-enters the vehicle. The vehicle then continues north. The suspect auto is then observed traveling eastbound on W. Center Street from N. 54th Street, then drives north on N. 54th Street. The suspect auto is then observed turning eastbound into the alley to the north of W. Center Street, out of view. The suspect, wearing the same clothes as described above, is then observed running south across the intersection of N. 53rd and W. Center Streets, runs, raises his hand, and begins to shoot several times. The suspect then runs north back across N. 53rd and W. Center Street, out of camera view. The gunfire can also be heard on the surveillance video.

20.    The Hyundai Elantra bearing IL place BZ57241 which was taken from **Location #7** and used in the **Location #8** homicide was processed for latent fingerprints on August 13, 2023, following the vehicle recovery. On August 15, 2023, it was determined that the latent fingerprints recovered from the vehicle were a match to HENDERSON.

21.    On August 20, 2023, at approximately 2:28 pm, MPD officers responded to 2130 N. 55th Street, Milwaukee, Wisconsin, for an armed robbery complaint. The victim, hereinafter C.J., stated that she was a Papa John's delivery driver and she had been delivering a pizza order when she was robbed by two suspects at gunpoint. C.J. stated that the food was ordered at 1:51 pm using the telephone number **414-865-0528** by a subject that identified themselves as "**Johnny Johnson**". The order was to be delivered to 2638 N. 53rd Street, Apartment #4, and arrive at 2:25 pm. J.C. stated that she left Papa John's in West Allis at approximately 2:08 pm to deliver the food. At **2:25 pm**, J.C. called the order number and a male subject answered the phone. J.C. told the subject that she was at the delivery location. The subject on the phone then changed the delivery location to **2340 N. 53rd Street (Location #9).** J.C. then drove to the new delivery location. Once, J.C. arrived at the new location, she parked mid-block on the west side of the street. J.C carried two red Papa John's food delivery bags to the front cement porch of 2340 N. 53rd Street. While J.C. was standing on the porch, two subjects approached from the north on the sidewalk on the east side of the street. One of the subjects stated "Over here!". J.C. then walked off the porch onto the sidewalk towards the subjects, who were still walking towards her. Subject 1, described as a black, male, late teens – early 20s, approximately 5'7"-5'8", with a thin build, short black hair, shirtless, wearing a black athletic pants with white stripes, armed with a small gray handgun in his front waistband, asked J.C. if she had any change. J.C. took out $20 in US currency that belonged to Papa John's. Suspect 1 stated "I'll take that" and tried to take the two bags of food and money

from J.C. while holding a small gray handgun. The food had not yet been paid for and J.C. got into a struggle with Subject 1 over the food and money. While struggling with Subject 1, Subject 2, described as a black male, late teen- early 20s, approximately 5'9"-6'0", wearing a black ski mask (with only eyes and nose exposed) and armed with an unknown handgun in his front waistband, began to produce the handgun from his front waistband. Once the suspect pulled the firearm, J.C. stopped struggling with suspect 1 for the food and money. The suspects then fled northbound on foot, then eastbound through a gangway north of 2350 N. 53rd Street. A witness of the incident also confirmed J.C.'s statement as well as the subject's descriptions.

22. Through open-source databases, investigators were able to determine that the service provider associated to the telephone number **414-865-0528** was TextNow. It was also determined that the telephone number was associated to a CashApp account that was owned by ANTARION HASSEL, dob: XX/XX/2007.

23. On August 24, 2023, at approximately 7:53 pm, MPD detectives responded to an armed robbery/carjacking complaint at 1921 N. 59th Street, Milwaukee, Wisconsin. Upon arrival, detectives spoke with the victim, hereinafter M.A. M.A. stated that he was an Amazon delivery driver and he was delivering Amazon packages using his personal vehicle, a white 2002 Rav 4, bearing WI plate#: ALY-5734, VIN: 2T3P1RFV6LW097904, with his 9-year-old daughter in the rear passenger seat of the vehicle. M.A. stated that on August 24, 2023, at approximately **7:50 pm**, he parked his vehicle facing southbound in front of **1818 N. 59th Street (Location #10)** to deliver a package. A.M. stated that he left his vehicle running, exited the vehicle and walked up to the residence. M.A. stated that after making the delivery, he was returning to his Rav 4, when he observed the suspect vehicle, a small, white, 4-door sedan, with front bumper damage, stopped in the middle of N. 59th Street, next to his Rav 4. M.A. stated that he ran in front of the suspect

vehicle and observed Suspect 1, described as a black male, 20-30 years old, approximately 5'7"-5'8", with a slim build, medium brown complexion, and a 3" afro hairstyle, seated in the driver's seat of his vehicle and Suspect 3, described as a black male, 20-30 years old, seated in the front passenger seat of his vehicle. M.A stated that he lunged into the rolled down front driver window and hung onto the steering wheel and the window sill because his daughter was still inside the vehicle. M.A. stated that he told the suspects "Please give me my daughter and take the car!". M.A. stated that Suspect 1 began to drive away and refused to stop the vehicle to let his daughter out. M.A. stated that while he was hanging on, Suspect 2, described as a black, male, 20-30 years old, wearing a hat, who was driving the suspect vehicle, struck him in the back of his right leg two times with the suspect vehicle, causing him to fall off the Rav 4, leaving him hanging onto the hood and the front driver mirror. M.A stated that he begged the suspect multiple times to stop and give him his daughter.

24.     M.A stated that Suspect 2, told M.A. to "get down from the car" and pointed a black semi-automatic handgun at him which had an extended magazine. M.A. stated that Suspect 2 then fired one shot at him causing M.A. to release his grip and fall from the vehicle. M.A stated that once he fell off the vehicle, he realized that his daughter had already jumped out of the vehicle a short time before the gunshot. M.A stated that he then observed his vehicle continue to drive away. M.A. stated that there were additional Amazon packages inside of the stolen vehicle but he had the key fob to the vehicle still in his pocket.

25.     On August 25, 2023, at approximately 7:53 pm, a witness interview was conducted. The witness, hereinafter, C.H. confirmed M.A.'s statement and stated that when he observed the Rav 4 vehicle being driven away by Subject 1, he realized that the vehicle belonged to the Amazon driver. C.H. stated that he observed the victim run back to his vehicle yelling "my daughter!" C.H.

also stated that he heard two gunshots after the vehicles were down the hill on 59th Street out of his view.

26. MPD officers recovered a single 9mm casing during their scene investigation.

27. On August 25, 2023, at approximately 2:32 pm, the victim vehicle, a white 2002 Rav 4, was recovered parked behind 2355 N. 52nd Street, Milwaukee. The vehicle was processed for latent prints and returned as a match to ANTARION F. HASSEL.

28. On August 25, 2023, at approximately 12:30 pm, a victim, hereinafter F.C., walked into the MPD District 3 Station, to report an armed robbery complaint. F.C. stated that she was a delivery driver for Domino's Pizza and she had a delivery for the address of 2402 N. 54th Street, Milwaukee, Wisconsin, placed by an individual that identified himself as "**James Johnson**" with the telephone number **414-867-4800**. F.C. stated that the order had been placed at 11:32 am and at approximately **12:15 pm**, F.C. drove to the address of **2402 N. 54th Street (Location #11)** to deliver two large pizzas.

29. F.C. stated that she parked her personal vehicle, 2010 Maroon/Burgundy, four-door Chevrolet Equinox, bearing Wisconsin plate AFF-1003, on the east side of 54th Street directly in front of the residence. F.C. stated that she called the phone number used to place the order, however, there was no answer. F.C. stated that she then exited her vehicle, leaving her vehicle running, and knocked several times at the front door. F.C. stated that following no answer, F.C. turned to return to her vehicle, and observed two subjects standing at the base of the porch. F.C. stated that Subject 1 was described as a black, male, approximately 16-20 years old, approximately 5'11"-6'0" with a skinny build, a light brown complexion, wearing a black face mask, a black hooded sweatshirt, black pants, armed with a black semi-automatic hand gun. F.C. described subject 2 as a black, male, approximately 16-20 years old, approximately 5'11, approximately 150 pounds, with a

skinny build, a light brown complexion, wearing a white hooded sweatshirt with designs on it, black pants, armed with a black revolver styled handgun. F.C. stated that Suspect 1 pointed his firearm at her and stated "Gimme the pizza". F.C. stated that she handed the subject the pizza bag and Subject 1 removed the two pizzas and threw the black pizza bag to the ground. F.C. stated that Suspect 2 then approached her and stated "Gimme this" while taking her gold watch off of her left wrist. F.C. stated that Suspect 2 also stated "We taking your car too" while entering the driver's seat of her vehicle. F.C. stated that she told Suspect 2 that he "better not" take her car because it had GPS tracking on it. F.C. stated that Suspect 2 immediately exited her vehicle and the two suspects ran eastbound on W. Meinecke Avenue on foot towards N. 53rd Street. F.C. stated that she then got into her vehicle and also drove eastbound on W. Meinecke Avenue towards N. 53rd Street. F.C. stated that upon reaching the corner of N. 53rd Street and W. Meinecke Avenue, she observed the two suspects standing in the street in the 2300 block of N. 53rd Street. F.C. stated that upon seeing them, Suspect 1 pointed his firearm at her vehicle, and fired one shot at her as she drove away. F.C. stated that she continued eastbound on W. Meinecke Avenue, away from the scene and immediately drove directly to the District 3 Station to report the incident. Officers traveled to the location of the incident and located a single, spent, 9mm casing in the middle of the roadway in front of the address of 2365 N. 53rd Street.

30.     On August 25, 2023, at approximately 4:18 pm, the Marquette University Police Department responded to the 200 block of W. Wisconsin Avenue, Milwaukee, Wisconsin, for a theft of vehicle complaint. The victim, hereinafter J.F., stated that on August 25th at approximately 4:00 pm, she parked and secured her, 2017, black, Kia Sorento, bearing Illinois plate: CE29430, in front of **2029 W. Wisconsin Avenue (Location #12)** and walked to Mashuda Hall. J.F. stated that at approximately **4:17 pm**, she was standing outside of Mashuda Hall, when she observed a

subject, described as a black, male, approximately 18-20 years old, with a thin build, high afro styled hair, wearing a dark colored shirt, inside the driver's seat of her vehicle. J.F. stated that she then observed a black Kia Forte with no license plate and tinted windows, parked next to her vehicle. F.C. stated that as the Kia Forte pulled away, the subject followed in her vehicle. F.C. stated that she was also able to observe that her driver's side window had been smashed.

31.     On August 31, 2023, at approximately 1:00 pm, the 2017, black, Kia Sorento, bearing Illinois plate CE29430, was recovered at 2363 N. 10th Street by the MPD. A law enforcement check of license plate readers, placed the vehicle, repeatedly, in the area of N. Sherman Boulevard and W. Hampton Avenue. Investigators viewed publicly available social media accounts for HENDERSON as well as his associates. Investigators located a social media post from an Instagram account "brokehadtomakeaplay_" associated to TAYSHAWN MANNS, dob: XX/XX/2007, a known associate of HENDERSON. The post was from August 27, 2023 and depicted a photo with multiple individuals, including HENDERSON, HASSEL and MANNS, standing around a gray colored vehicle. In another photo, MANNS, wearing the same clothes as in the prior described photo, is depicted standing next to the gray vehicle where the hood of the vehicle can be observed. The photo displayed the Kia emblem as well as the IL plate: CE29430 (the vehicle stolen from Marquette University on August 25, 2023 at **Location #12**) clearly in the photo.

32.     On August 30, 2023, at approximately 5:30 pm a victim, hereinafter C.J., walked into the Police Administration Building to report a vehicle theft. C.J. stated that he had parked his black, four door, 2017 Kia Sorento, bearing Wisconsin plate: ACG-7680, and VIN: 5XYPGDA5XHG326227, at approximately 11:00 am near 2180 N. Commerce Street, Milwaukee,

Wisconsin and when he returned to the location at approximately 3:00 pm, his vehicle was missing and he observed broken glass on the ground.

33.     On August 31, 2023, at approximately 1:29 pm, the West Allis Police Department was dispatched to an area flock (license plate reader) hit of the stolen Kia Sorento bearing Wisconsin plate ACG-7680. Officers checked the area and located the vehicle, stopped at a red light on S. 102nd Street at W. National Avenue. The stolen Kia Sorento fled from police following marked units attempting to initiate a traffic stop using their emergency lights and sirens. The stolen Kia Sorento disregarded red traffic lights, passed other vehicles by going into oncoming traffic for approximately 1.25 blocks, and accelerated to approximately 70 mph. The stolen Kia Sorento eventually crashed into a green Subaru that had the green light for north and southbound traffic and then continued until it crashed again in the 1300 block of S. 64th Street. Three black males fled on foot from the vehicle. Two of the three suspects were apprehended. Once of the suspects was identified as HENDERSON. While HENDERSON was fleeing from police, a witness observed HENDERSON toss a camouflage "Backwoods" satchel containing a loaded 9mm Springfield XDS pistol bearing SN: BY362658 and a black .40 caliber FNH Model FNS-40 bearing SN: GKU0000208. The second suspect was identified as SHAUNRELL D. BRISTER, dob: XX/XX/2005. Following the two suspects being taken into custody, officers also located a black Taurus G2C 9mm handgun, bearing SN: 1C150613, on the ground, in front of the stolen Kia Sorento. The third suspect successfully fled from police and is unidentified at this time.

34.     A NIBIN analysis of the spent casings, located at the scene of the shooting that occurred on July 7, 2022, at 3166 N.16th Street (**Location #1**); the shooting that occurred on August 7, 2023, at 4302 W. Marion Street (**Location #6**); the Homicide that occurred on August 10, 2023, at 2340 N. 53rd Street (**Location #8**); the Carjacking that occurred on August 24, 2023, at 1921 N.

59th Street (**Location #10**); and the Armed Robbery that occurred on August 25, 2023, at 2402 N. 54th Street (**Location #11**); was conducted and it was determined that all of the casings had been fired from the same weapon.

35.     HENDERSON goes by the nickname of "Dae" and has stated in a previous jail call that his Facebook account is "YRT Dae" (user ID 100090435536628). A screenshot from HENDERSON's Facebook page shows him wearing the same sweatshirt and showing off the same tattoo as seen in his booking photo from August 31, 2023.

36.     The Instagram account "mr.ididntdoit" lists "Yrt Dae" within the "Bio" section of the page. Furthermore, in a post made on the account, HENDERSON can be seen wearing the same sweatshirt that was seen on his Facebook account and in his booking photo. HENDERSON's face was clearly showing in the photo on the Instagram account, and the photo matches HENDDERSON's face in booking photos.

37.     The Instagram account "brokehadtomakeaplay__" posted a photo of a group of at least nine individuals, which includes HENDERSON, posing with firearms in front of a stolen Kia sedan with Illinois license plate "CE29430." The vehicle had been reported stolen on August 25, 2023.

## TECHNICAL INFORMATION REGARDING FACEBOOK AND INSTAGRAM

38.     Meta owns and operates Facebook and Instagram, both of which are free-access social networking websites that can be accessed at http://www.facebook.com and http://www.instagram.com, respectively. Facebook and Instagram users can use their accounts to share communications, news, photographs, videos, and other information with other users, and sometimes with the general public.

39.     Meta asks Facebook and Instagram users to provide basic contact and personal identifying information either during the registration process or thereafter.  This information may include the user's full name, birth date, gender, e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.  Each Facebook and Instagram user is assigned a user identification number and can choose a username.

40.     Facebook and Instagram users may join one or more groups or networks to connect and interact with other users who are members of the same group or network.  Facebook and Instagram assign a group identification number to each group.  A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request."  If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays. An Instagram user can choose to "Follow" another user. If a user has a public profile, any other Instagram user can become a "Follower" of that account. If a user has a private profile, any Instagram user that wishes to become a "Follower" must first send a request, which must be accepted by the user; after which  the "Follower" can view the user's account. Each Instagram user's account includes a list of that user's "Followers" as well as which other accounts the user is "Following."

41.     Facebook and Instagram users can select different levels of privacy for the communications and information associated with their Facebook accounts.  By adjusting these privacy settings, a user can make information available only to himself or herself, to particular

users, or to anyone with access to the Internet, including people who are not Facebook or Instagram users. A Facebook or Instagram user can also create "lists" of friends to facilitate the application of these privacy settings. Facebook and Instagram accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook and Instagram.

42.     Facebook and Instagram users can create profiles that include photographs, lists of personal interests, and other information. Facebook and Instagram users can also post updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook and Instagram users can "check in" to particular locations or add their geographic locations to their posts, thereby revealing their geographic locations at particular dates and times. A particular Facebook user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

43.     Facebook and Instagram users can upload photos and videos to be posted on their profiles, included in chats, or for other purposes. Users can "tag" other users in a photo or video and can be tagged by others. When a user is tagged in a photo or video, he or she generally receives a notification of the tag and a link to see the photo or video.

44.     Facebook and Instagram users can share direct messages with other users via text, voice, video. Meta retains instant messages and certain other shared content unless deleted by the user, and also retains transactional records related to voice and video chats. Facebook and

Instagram users can also post comments on the profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile.

45.     If a Facebook or Instagram user does not want to interact with another user, the first user can "block" the second user from seeing his or her account.

46.     Facebook and Instagram have a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook and Instagram users can "like" posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

47.     Facebook and Instagram have a search function that enables its users to search for keywords, usernames, or pages, among other things.

48.     Each Facebook and Instagram account has an activity log, which is a list of the user's posts and other activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's page.

49.     Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

50.     In addition to the applications described above, Meta provides users with access to thousands of other applications ("apps") on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

51.     Meta also retains records of which IP addresses were used by an account to log into or out of Facebook and Instagram, as well as IP address used to take certain actions on the

platform.  For example, when a user uploads a photo, the user's IP address is retained by Meta along with a timestamp.

52.    Meta retains location information associated with Facebook and Instagram users under some circumstances, such as if a user enables "Location History," "checks-in" to an event, or tags a post with a location.

53.    Social networking providers like Meta typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number).  In some cases, Facebook and Instagram users may communicate directly with Meta about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users.  Social networking providers like Meta typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

54.    As explained herein, information stored in connection with a Facebook or Instagram account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion.  In my training and experience, a Facebook or Instagram user's IP log, stored electronic communications, and other data retained by Meta, can indicate who has used or controlled the account.  This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.  For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the

foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook and Instagram account activity can show how and when the account was accessed or used. For example, as described herein, Meta logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook and Instagram access, use, and events relating to the crime under investigation. Additionally, location information retained by Meta may tend to either inculpate or exculpate the Facebook or Instagram account owner. Last, Facebook and Instagram account activity may provide relevant insight into the account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook or Instagram account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

55. Therefore, the servers of Meta are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

## **NEXUS:**

57. Based upon Facebook and Instagram's capabilities as described above, affiant believes the requested data is likely to contain evidence of these crimes such as: images of HENDERSON possessing weapons used in the robberies and/or images of HENDERSON with

stolen vehicles; connections to individuals referenced within the probable cause section; communications with those individuals or unknown others about the carjackings; and searches and location data relevant to the carjacking locations.

## AUTHORIZATION REQUEST

58.　　Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to title 18 U.S.C. §2703(c) and Federal Rule of Criminal Procedure 41.

59.　　I further request that the Court direct Meta Platforms, Inc. to disclose to the government any information described in Attachment B that is within its possession, custody, or control. Because the warrant will be served on Meta Platforms, Inc., who will then compile the requested records at a time convenient to it, reasonable cause to permit the execution of the requested warrant at any time in the day or night.

60.　　I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation, including by giving targets an opportunity to destroy or tamper with evidence, change patterns of behavior, notify confederates, and flee from prosecution.

## ATTACHMENT A

### Property to Be Searched

This warrant applies to records and information associated with the following Facebook and

Instagram accounts:

- Facebook User ID: 100090435536628 ("Target Account 1")
- Instagram Username: "mr.ididntdoit" ("Target Account 2")
- Instagram Username: "brokehadtomakeaplay__" ("Target Account 3")

collectively referred to as "The Accounts", for the time period of June 1, 2023, through the date

of this warrant, which is stored at premises owned, maintained, controlled, or operated by Meta

Platforms, Inc., a company headquartered in Menlo Park, California.

# ATTACHMENT B

## Particular Things to be Seized

**I.     Information to be disclosed by Meta Platforms, Inc. ("Meta")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta, regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Meta, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta is required to disclose the following information to the government for each account or identifier listed in Attachment A **for the time period of April 1, 2023, through the date of this warrant.**

(a)     All contact and personal identifying information for the Target Accounts including, full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b)     All activity logs for the accounts and all other documents showing the user's posts and other Facebook and Instagram activities.

(c)     All photos and videos uploaded by those user IDs and all photos and videos uploaded by any user that have those users tagged in them including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos.

(d)     All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which

the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook and Instagram applications.

(e) All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string.

(f) All other records and contents of communications and messages made or received by the user including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests.

(g) All "check ins" and other location information.

(h) All IP logs, including all records of the IP addresses that logged into the account.

(i) All records of the account's usage of the "Like" feature, including all Facebook and Instagram posts and all non-Facebook and Instagram webpages and content that the user has "liked".

(j) All information about the Facebook and Instagram pages that the accounts were or are a "fan" of.

(k) All past and present lists of friends created by the accounts.

(l) All records of Facebook searches performed by the accounts.

(m) All information about the user's access and use of Facebook Marketplace.

(n) The types of service utilized by the user.

(o)     The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number).

(p)     All privacy settings and other account settings, including privacy settings for individual Facebook and Instagram posts and activities, and all records showing which Facebook and Instagram users have been blocked by the account.

(q)     All records pertaining to communications between Meta and any person regarding the user or the user's Facebook & Instagram accounts, including contacts with support services and records of actions taken.

The Target Provider shall disclose responsive data, if any, within **fourteen days (14)** of the **<u>ISSUANCE</u>** of this warrant.

## II.     Information to be seized by the government

All information described above in Section I that constitutes evidence of violations of 18 U.S.C. 1951 (Hobbs Act robbery) and 924(c) (brandishing a firearm during a crime of violence) Daquan O. Henderson or others, including, information pertaining to the following matters:

1.     Images or descriptions of clothing, accessories, vehicles, or weapons potentially used in robberies.

2.     Information or communications concerning robberies, or potential robbery targets, or rewards for the disclosure of information regarding completed robberies.

3.     Communications reflecting connections between robbery suspects and their relatives.

4.     Information or communications concerning robbery proceeds or cash windfalls.

5. Financial records, including account information, bank statements, checks, money orders, cash, ATMs, withdrawals, deposits, transfers (including wire, ACH transfers);

6. All evidence of who created, used, owned, or controlled the Target Account, including, records that help reveal the identity and whereabouts of such person(s).

7. Evidence indicating how and when the Target Account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crimes under investigation and to the Target Account owner.

8. Evidence indicating the Target Account owner's state of mind as it relates to the crimes under investigation.

9. The identity of the person(s) who communicated with the Target Accounts about matters relating to the above-mentioned violations, including records that help reveal their whereabouts.

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Meta Platforms, Inc. ("Meta"), and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Meta. The attached records consist of _____ **[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]**. I further state that:

      a.     all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Meta, and they were made by Meta as a regular practice; and

      b.     such records were generated by Meta's electronic process or system that produces an accurate result, to wit:

          1.     the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Meta in a manner to ensure that they are true duplicates of the original records; and

          2.     the process or system is regularly verified by Meta, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____    _____
Date                                    Signature